NO









NO. 12-10-00256-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

LARRY DONNELL MOBLEY,

APPELLANT                                                     '     APPEAL
FROM THE 241ST

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM OPINION

PER
CURIAM

            Appellant
pleaded guilty to tampering with or fabricating physical evidence with intent
to impair, and the trial court assessed punishment at imprisonment for two
years.  We have received the trial court’s certification showing that this is a
plea bargain case and Appellant has no right to appeal.  The certification also
states that Appellant waived his right to appeal.   See Tex. R. App. P. 25.2(d).  The
certification is signed by Appellant and the trial court.  Accordingly, the
appeal is dismissed for want of jurisdiction.

Opinion delivered August 11, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(DO NOT PUBLISH)